■ VICTOR LEVINE, as Trustee, Respondent, v. LEONARD P. LEVY, Appellant.— Order insofar as appealed from reversed, with $10 costs and disbursements and motion granted, with $10 costs, to the extent of permitting defendant to further amend his answer by interposing the counterclaim set forth in the proposed second amended answer verified October 23, 1956. Memorandum: Upon the record before us, it appears that, in the exercise of sound discretion, the Special Term Justice should have permitted the interposition of the counterclaim contained in the "Proposed Second Amended Answer." The order appealed from must therefore be reversed to permit such an amendment and the motion granted to that extent. We do not pass upon the legal sufficiency of the amended pleading (4 Carmody-Wait, New York Practice, § 25, pp. 566–467; *Gillette* v. *Allen*, 269 App. Div. 441, 449; *Anderson* v. *New York Cent. R. R. Co.*, 284 App. Div. 64, 65; *Ponticello* v. *Prudential Ins. Co.*, 281 App. Div. 549, 550). All concur. (Appeal from part of an order of Onondaga Special Term denying to defendant leave to further amend his answer by interposing a counterclaim in his proposed second amended answer.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ LEONARD P. LEVY, Appellant v. VICTOR LEVINE, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting defendant's motion to change the place of trial from New York County to Onondaga County, and denying plaintiff's cross motion for retention of the action in New York County). Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CONNIE ALLEN, Respondent, v. LANGDON & HUGHES ELECTRIC Co., INC., et al., Appellants, et al., Defendants.— Judgment as against appellants Langdon & Hughes Electric Co., Inc., and Leon E. Pillmore, and order denying motion for a new trial made June 24, 1957, reversed on the law and facts and a new trial granted, with costs to appellants to abide the event, on the ground that the verdict finding the appellants guilty of negligence is against the weight of evidence. Appeal from order denying motion made July 22, 1957, dismissed as academic. All concur. (Appeals from a judgment of Herkimer Trial Term for plaintiff in an automobile negligence action. The orders denied defendants' motions (1) to dismiss plaintiff's complaint or for a new trial, and (2) for a new trial on the ground of misconduct of the jurors.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.